IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00319-AP

DALE DUANE COX,

                Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Elliot L. Bloodsworth
DAWES AND HARRISS, P.C.
572 E. Third Avenue
Durango, CO   81301
(970) 247-4411
fax: (970) 247-1482

<u>For Defendant</u>:
Laura Ridgell-Boltz
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:**  February 23, 2006

**B. Date Complaint Was Served on U.S. Attorney's Office:** March 6, 2006

**C. Date Answer and Administrative Record Were Filed:**  May 9, 2006

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the Administrative Record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8. PROPOSED BRIEFING SCHEDULE**

**A. Plaintiff's Opening Brief Due:**  July 11, 2006

**B. Defendant's Response Brief Due:**  August 11, 2006

**C. Plaintiff's Reply Brief (If Any) Due:**  August 28, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**   Plaintiff does not request oral argument.

**B. Defendant's Statement:**   Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.   **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.COLO. LCIVR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 30th day of May, 2006.

                    BY THE COURT:

                    s/John L. Kane
                    U.S. DISTRICT COURT JUDGE

APPROVED:

                                                UNITED STATES ATTORNEY

| | |
|---|---|
| s/ **Elliot L. Bloodsworth** | By: s/ **Laura Ridgell-Boltz** |
| Elliot L. Bloodsworth | Laura Ridgell-Boltz |
| DAWES AND HARRISS, P.C. | Special Assistant U.S. Attorney |
| 572 E. Third Avenue | *Mailing Address:* |
| Durango, CO   81301 | 1961 Stout St., Suite 1001A |
| (970) 247-4411 | Denver, Colorado 80294 |
| fax: (970) 247-1482 | *Street Address:* |
| Attorney for Plaintiff | United States Attorney's Office |
| Elliot.bloodsworth@dawesandharriss.com | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | Attorney for Defendant(s) |
| | Laura.Ridgell-Boltz@ssa.gov |