IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00319-WDM

DALE DUANE COX,

    Plaintiffs,

v.

JO ANNE B. BARNHART,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Oral argument (limited to ½ hour per side) will be held **March 9, 2007, at 3:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  October 27, 2006

                                    s/ Jane Trexler, Judicial Assistant