UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-00319-WDM

DALE DUANE COX,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

    Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $6,332.50, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1.     The stipulated motion for an award of attorney fees, filed June 26, 2007, is granted.

2.     Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $6,332.50.

    DATED at Denver, Colorado, on June 27, 2007.

                                             BY THE COURT:

                                             s/ Walker D. Miller

PDF FINAL

United States District Judge